UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON ARGENY BATISTA SIMON, *et al.*,

                        Plaintiffs,

-v-

CONSTRUCTION SERVICES CONSULTING NY INC., *et al.*,

                        Defendants.

23-CV-11058 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendants were served on January 4, 2024, and January 5, 2024. (*See* ECF Nos. 7, 8.) However, no appearance has been entered on Defendants' behalf, and no response to the complaint has been filed in the allotted time. Plaintiffs have not moved for a default judgment.

    Plaintiffs are directed to notify the Court whether they intend to move for default judgment, or if they have received any communication from Defendants or their counsel regarding a response to the complaint.

    If Plaintiffs fail by February 12, 2024, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

    Plaintiffs are directed to serve a copy of this order by mail on Defendants.

    SO ORDERED.

Dated: January 29, 2024
       New York, New York

                                            J. PAUL OETKEN
                                            United States District Judge